

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA, } Case Number: 07-2019-SIMONTON
                    Plaintiff }
                             REPORT COMMENCING CRIMINAL
       - vs. -              }              ACTION
ESTEVAN HERNANDES FILO }   78319-004
                  Defendant }     USMS Number

***

TO:  Clerk's Office    (MIAMI)    FT. LAUDERDALE    WEST PALM BEACH
     U.S. District Court                 FT. PIERCE     (Please Circle ONE)

NOTE: Circle the appropriate location for appearance in U.S. Magistrate's Court above.

***

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest: 1-8-07   AM / (PM)  4:00
(2) Language Spoken: SPANISH / ENGLISH
(3) Offense(s) Charged: 31 USC 5332   31 USC 5316
    Bulk Smuggling / Failure to Declare
(4) U.S. Citizen: [ ] YES (USA) [X] NO  [ ] UNKNOWN
(5) Date of Birth: _____
(6) Type of Charging Docum
    [X] INDICTMENT              Filed / Already Filed
    Case Number:
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant
    Originating District: SOUTHERN DISTRICT OF FLORIDA
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ] YES  [X] NO
    Amount of Bond: $ _____
    Who Set Bond?: _____
(7) Remarks: _____
(8) Date: _____
(9) Arresting Officer: EDWIN SANTIAGO
(10) Agency: ICE / DHS
(11) Telephone Number: 1(800) X SECTOR
(12) Comments: _____