CASE NUMBER  07-2019-AMS

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE  Portuguese

DEFENDANT(S)  Estevam Hernandes-Filho
Sonia Haddad Moraes Hernandes