UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _07-2019-Ams_

UNITED STATES OF AMERICA,

v.

_Estevam Hernandes_

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _Mauricio L. Aldazabal_ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Name **(Printed)** _Mauricio L. Aldazabal_

Counsel's Signature _____

Address  _2655 LeJeune Rd. Suite 1001_
_Coral Gables Fl._ ZIP CODE: _____

Telephone _(305) 5699566_ FLORIDA BAR NUMBER: _348368_