20 MIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2019-Simonton

UNITED STATES OF AMERICA

    Plaintiff,

v. Sonia Haddad Moraes Hernandes
Esteram Hernandes-Filho

    Defendant.
_____/

ORDER FINDING SATISFACTION OF NEBBIA CONDITION

This matter is before the undersigned Magistrate Judge pursuant to the Stipulation of Nebbia Conditions regarding the satisfaction of the Nebbia condition of the bonds previously set. Based on a review of the record and the above documents, it is hereby

**ORDERED AND ADJUDGED** that the Nebbia condition is satisfied. In addition, the bonds for the above-named defendants are modified from a $50,000 personal surety and a $50,000 10% with nebbia, to a $100,000 5% bond. All previously set conditions remain the same.

**DONE AND ORDERED** in chambers in Miami, Florida, this *16th* th day of *January,* 2007.

*/s/ Andrea M. Simonton*
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

Copies furnished to: