UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   07-2019-SIMONTON

UNITED STATES OF AMERICA,

vs.

ESTEVEM HERNANDES-FILHO            **ORDER ON HEARING TO**

_____           **REPORT RE:COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____   Private counsel_____
          appeared in open court and is noted as permanent
          counsel of record.

_____   The defendant requested Court appointed counsel, was
          found eligible, and counsel will be appointed by
          separate order.

_____   The defendant requested Court appointed counsel but
          was found ineligible, and shall appear before the
          Court on _____
          at 10:00 a.m. to report regarding his/her further
          efforts to retain counsel, unless counsel notices a
          permanent appearance before that date.

   X      The defendant requested further time to retain
          counsel and shall appear before the Court on
          __1/29/07_____ at 10:00 a.m. to report
          regarding his/her further efforts to retain counsel,
          unless counsel notices a permanent appearance before
          that date.

   X      Arraignment reset for January 29, 2007 @10:00.

**DONE AND ORDERED** at Miami, Florida this __24__ day of _JANUARY,_ 2007.

TAPE 07B-2-1055                    _s/Patrick A. White_____
                                   **UNITED STATES MAGISTRATE JUDGE**

c. Defense Counsel
   Pretrial Services
   U.S. Marshal
   AUSA