UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-mj-02019-AMS

UNITED STATES OF AMERICA,              :

      Plaintiff,                       :

v.

                                        :

**ESTEVAM HERNANDES-FILHO,**

      Defendant.                      :

_____ :

## NOTICE OF APPEARANCE

Please note the appearance of Albert J. Krieger, of the **Law Offices of Albert J. Krieger, P.A.**, as counsel for the Defendant, **Estevam Hernandes-Filho**, in the above styled cause; the Firm requests any and all pleadings, correspondence, and other matters pertaining to this cause be directed to Mr. Krieger on behalf of the Defendant.

                                                              Respectfully submitted,

                                                              Law Offices of Albert J. Krieger, P.A.
                                                              2701 South Bayshore Drive, Suite 315
                                                              Miami, Florida 33133
                                                               Ph.:(786)573-4912
                                                              Fax: (786)573-4916

                                                              By: _____
                                                                 Albert J. Krieger, Esq.
                                                                Florida Bar No. 209422

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and by facsimile to:

Jeffrey S. Tsai
Office of the United States Attorney
Federal Justice Building
99 NE Fourth Street
Miami, FL 33132
(Fax No. 305-536-4699)

Albert J. Krieger, Esq.