UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-MG-02019-SIMONTON

**UNITED STATES OF AMERICA**

vs.

**ESTEVAM HERNANDES-FILHO, et al.**

    **Defendants.**
    _____/

## GOVERNMENT MOTION TO CANCEL HEARING
## FOR BOND MODIFICATION REQUESTED BY THE GOVERNMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests that the Court cancel the hearing to modify bond previously requested by the government in light of an agreement reached by the parties. In support thereof, the government states the following:

1. The United States had previously filed a motion requesting a modification of the defendants' bond as a result of an imminent foreign extradition request.

2. The Court set a hearing on the matter to be held on Wednesday, January 31, 2007, at 11:00 a.m.

3. Since the time the government filed its motion, the parties have agreed to a bond modification.

4. Consequently, the parties will be filing a proposed order concerning the agreed bond

conditions with the Court by the close of business on January 31, 2007.

      WHEREFORE, the government respectfully requests that the Court cancel the January 31, 2007 bond modification hearing.

                                Respectfully submitted,

                                R. ALEXANDER ACOSTA
                              UNITED STATES ATTORNEY

            By:      s/"Richard Boscovich"
                      RICHARD D. BOSCOVICH
                      Assistant United States Attorney
                      Florida Bar No. 0829013
                      99 N.E. 4th Street
                      Miami, Florida 33132
                      Tel: (305) 961-9427
                      Fax: (305) 536-4699

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 30th day of January 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and by facsimile to:

Albert J. Krieger, Esq.
2701 South Bayshore Drive, Suite 315
Miami, Florida 33133
Fax: 786-573-4916

                                                   s/"Richard Boscovich"
                                                   RICHARD D. BOSCOVICH
                                                   Assistant United States Attorney