UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-mj-02019-SIMONTON

UNITED STATES OF AMERICA,

Plaintiff

v.

ESTEVAM HERNANDES-FILHO
and SONIA HADDAD MORAES
HERNANDES,

Defendants.
_____/

## ORDER MODIFYING BOND CONDITIONS

THIS CAUSE came before the undersigned Magistrate Judge upon the Government's Motion To Modify Bond (Document 9) and subsequent Government Motion To Cancel Hearing For Bond Modification Requested By the Government (Document 21).

Having granted the Motion to Cancel Hearing, in light of the agreement as to a bond modification reached by the parties, this matter is now before the undersigned Magistrate Judge for consideration of the agreement between the parties as to additional conditions to be made part of the Defendants' bonds. While all previously set conditions shall remain the same, the parties agree that the conditions of bond for the Defendants shall be modified as follows:

(1)  The Defendants, having been released from detention by Immigration authorities and assigned to the Department of Homeland Security's Intensive Supervision and Appearance Program (ISAP), shall continue as subjects under ISAP;

(2)  The Defendants shall remain in the ISAP Supervision Phase titled the "Intense Phase" level and follow all ISAP rules pertaining to the "Intense Phase," at the

discretion of the Department of Homeland Security; and

(3) The parties understand and agree that the ISAP "Intense Phase" is the equivalent of a home confinement program, which includes (a) electronic monitoring paid for by the Defendants and (b) restriction of the Defendants to their residence at all times except for medical needs or treatment, court appearances, attorney visits or court ordered obligations, and/or any other circumstances for which the Defendants have obtained prior approval. Should the Department of Homeland Security release the Defendants from an ISAP "Phase" not requiring electronic monitoring and home detention, the Defendants shall be placed in a Home Confinement Program, under the afore-mentioned terms set forth in (a) and (b), and under the supervision of Pretrial Services, who shall advise the undersigned Magistrate Judge of such change in supervision.

Based on a review of the record and the foregoing terms of the parties' agreement, **IT IS HEREBY ORDERED AND ADJUDGED** that the bond conditions are modified as set forth herein.

**DONE and ORDERED** in chambers, in Miami, Florida, this 31st day of January, 2007.

/s/ Andrea M. Simonton
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies Furnished to:
Richard D. Boscovich, AUSA
Albert J. Krieger, Esq.
Susan W. Van Dusen, Esq.
PreTrial Services/Probation